**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 11, 2023**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00289-CR
_____

**CHRISTOPHER JOSEPH CRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1604313**

## MEMORANDUM OPINION

Appellant Christopher Joseph Cruz has signed and filed a written request to dismiss his appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate

of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)